RELEASED

# U.S. District Court
## Eastern District of Oklahoma (Muskogee)
## CRIMINAL DOCKET FOR CASE #: <u>6:18−mj−00093−SPS</u> All Defendants

Case title: USA v. Malone  
Other court case number: CR−18−311−BLF−NC Northen District of California

Date Filed: 08/08/2018

Assigned to: Magistrate Judge Steven P. Shreder

### Defendant (1)

**Travis Cole Malone, JR**  
*also known as*  
stevenkings

represented by **Thomas M. Wright**  
Wright Stout & Wilburn  
PO Box 707  
Muskogee, OK 74402  
918−682−0091  
Fax: 918−683−6340  
Email: tom@wswlaw.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*  
*Designation: CJA Appointment*

| **Pending Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Opening)** | |
|---|---|
| None | |

| **Terminated Counts** | **Disposition** |
|---|---|
| None | |

| **Highest Offense Level (Terminated)** | |
|---|---|
| None | |

| **Complaints** | **Disposition** |
|---|---|
| 18:1030(b) – Conspiracy to Commit Computer Fraud and Abuse | |

**Plaintiff**

| | | |
|---|---|---|
| **USA** | represented by | **Kristin F. Harrington**<br>US Attorney (OKED)<br>520 Denison Ave<br>Muskogee, OK 74401<br>918−684−5168<br>Fax: 18−684−5050<br>Email: Kristin.Harrington@usdoj.gov<br>*LEAD ATTORNEY*<br>*ATTORNEY TO BE NOTICED*<br>*Designation: Government Attorney* |

| Date Filed | # | Page | Docket Text |
|---|---|---|---|
| 08/07/2018 | | | ARREST on Charges Pending in Northern District of California (Rule 5) as to Travis Cole Malone, Jr. (ndd, Deputy Clerk) (Entered: 08/08/2018) |
| 08/08/2018 | 1 | | RULE 5 PAPERS from Northern District of California (San Jose Division) by USA as to Travis Cole Malone, Jr. (ndd, Deputy Clerk) (Main Document 1 replaced on 8/8/2018 to add OKED case number) (ndd, Deputy Clerk). (Entered: 08/08/2018) |
| 08/08/2018 | 2 | | MINUTE ORDER by Magistrate Judge Steven P. Shreder setting Initial Appearance − Rule 5 (out) for 8/8/2018 at 2:00 p.m. in Courtroom 4, Room 420, US Courthouse, 5th & Okmulgee, Muskogee, OK before Magistrate Judge Steven P. Shreder as to Travis Cole Malone, Jr. (ndd, Deputy Clerk) (Entered: 08/08/2018) |
| 08/08/2018 | 3 | | ATTORNEY APPEARANCE (CJA) by Thomas M. Wright on behalf of Travis Cole Malone, Jr. (ndd, Deputy Clerk) (Entered: 08/08/2018) |
| 08/08/2018 | 4 | 4 | MINUTES of Proceedings held before Magistrate Judge Steven P. Shreder: Initial Appearance in Rule 5 Proceedings held on 8/8/2018 as to Travis Cole Malone, Jr. Defendant released on $10,000.00 unsecured bond with condition of release. (Court Reporter: Ken Sidwell) (ndd, Deputy Clerk) (Entered: 08/08/2018) |
| 08/08/2018 | 5 | | ORAL MOTION for Appointment of Counsel by Travis Cole Malone, Jr. (ndd, Deputy Clerk) (Entered: 08/08/2018) |
| 08/08/2018 | 6 | 5 | ORDER APPOINTING COUNSEL by Magistrate Judge Steven P. Shreder GRANTING 5 Oral Motion for Appointment of Counsel as to Travis Cole Malone Jr. (1). (Attachments: # 1 Financial Affidavit) (ndd, Deputy Clerk) (Entered: 08/08/2018) |
| 08/08/2018 | 7 | 7 | WAIVER of Rule 5 Hearing approved by Magistrate Judge Steven P. Shreder by Travis Cole Malone, Jr. (ndd, Deputy Clerk) (Entered: 08/08/2018) |
| 08/08/2018 | 8 | 8 | ORDER by Magistrate Judge Steven P. Shreder directing defendant to appear in the district where charges are pending and transferring bail as to Travis Cole Malone, Jr. (ndd, Deputy Clerk) (Entered: 08/08/2018) |
| 08/08/2018 | 9 | 9 | APPEARANCE BOND ($10,000.00 unsecured) approved by Magistrate Judge Steven P. Shreder as to Travis Cole Malone, Jr. (ndd, Deputy Clerk) (Entered: |

|  |  |  | 08/08/2018) |
|---|---|---|---|
| 08/08/2018 | <u>10</u> | 11 | ORDER by Magistrate Judge Steven P. Shreder setting conditions of release as to Travis Cole Malone, Jr. (ndd, Deputy Clerk) (Entered: 08/08/2018) |

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF OKLAHOMA

| UNITED STATES OF AMERICA, | ) | | |
|---|---|---|---|
| | ) | | |
| Plaintiff, | ) | | |
| | ) | | |
| v. | ) | Case No. | 18-MJ-93-SPS |
| | ) | | |
| TRAVIS COLE MALONE, JR., | ) | Date: | 8/8/2018 |
| a/k/a stevenkings, | ) | Court Time: | 2:17 p.m. - 2:21 p.m. |
| | ) | Total Time: | 4 min. |
| Defendant. | | | |

## MINUTE SHEET - INITIAL APPEARANCE / RULE 5

Steven P. Shreder, Judge    N. Davis, Deputy Clerk    K. Sidwell, Reporter
                                                       FTR Courtroom 4

Counsel for Plaintiff:   Kristin F. Harrington, AUSA
Counsel for Defendant:   Thomas M. Wright, Appointed
Defendant appears in person:   [X] with Counsel;   [ ] Counsel waived;   [ ] w/o Counsel
[X] Fin. Afdt / oral request for counsel      Obj by Gov't : [ ]yes  [X] no   [X] Court appointed counsel

[X] Defendant acknowledged receipt of copy of the <u>Indictment & Warrant</u> from <u>Northern District of California -</u>
    <u>(San Jose Division), Case No.  CR-18-311-BLF-NC</u>
[X] Court advised defendant of constitutional rights under Rule 5
[X] Court advised defendant of constitutional rights under Rule 20

[X] Defendant waived Identity Hearing           [X] Waiver executed and accepted by Court
[X] Defendant waived Preliminary Hearing in this district and requested to be allowed to proceed to prosecuting
    district for further proceedings

[X] Parties have reviewed Pretrial Services Report regarding detention    Obj  [ ]yes  [X] no -  [ ] by _____

[X] Government does not request Detention
[X] Defendant waived detention hearing in this district and requested to be allowed to proceed to prosecuting district
    for further proceedings
[ ] Defendant reserved issue of detention at this time
[ ] Defendant agreed issue of bond is moot
[ ] Defendant requested Detention Hearing           [ ] Detention Hearing set _____
[ ] Defendant remanded to custody of U.S. Marshal for transport to _____
[X] Defendant allowed to post a $10,000 Unsecured Bond with Conditions of Release and directed to report
    to the United States District Court for the Northern District of California, Robert F. Peckham Federal Building
    & United States Courthouse, 280 South 1st Street, Courtroom 6, 4th Floor, San Jose, CA 95113, and appear
    before U.S. Magistrate Judge Susan van Keulenon on 9/12/2018 at 1:30 p.m.

COURT ADJOURNED

# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>Plaintiff, )<br>)<br>vs. )<br>)<br>TRAVIS COLE MALONE, Jr., a/k/a stevenkings, )<br>Defendant. ) | **FILED**<br>AUG 0 8 2018<br>PATRICK KEANEY<br>Clerk, U.S. District Court<br>By_____ Deputy Clerk<br><br>Case No.: 18-MJ-93-SPS |

## ORDER APPOINTING COUNSEL

On __8/8/2018__ the above named having completed an affidavit as to financial ability to employ counsel, and upon review, the Court finds that the affiant is financially unable to obtain counsel. In accordance with the Eastern District of Oklahoma Plan for Implementing the Criminal Justice Act of 1984,

**IT IS HEREBY ORDERED** that the:

____ Federal Public Defender is appointed to represent the above-named defendant in all further proceedings unless and until relieved by order of the court.

_X_ Federal Public Defender shall forthwith furnish the name(s) of a private attorney or attorneys, as necessary, for appointment to represent the above-named defendant in all further proceedings unless and until relieved by order of the Court.

____ The Court finds that the defendant has the financial ability to make regular periodic payments to reimburse the government for the reasonable costs of providing representation for the defendant. The Court hereby ORDERS that the defendant pay to the Clerk of the Court, 101 North Fifth Street, Room 210, Muskogee, Oklahoma, $_____ per month, on or before the 15th day of each month, continuing until the government has been fully reimbursed for all reasonable costs of providing representation to the defendant or until further order of the Court.

____ Federal Public Defender is temporarily appointed to represent the above-named defendant for purposes of initial appearance only.

Dated this 8th day of August, 2018.

_____
**STEVEN P. SHREDER**
**U.S. MAGISTRATE JUDGE**

| CJA 23 (Rev. 11/11) | **FINANCIAL AFFIDAVIT** |
|---|---|
| | IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT, OR OTHER SERVICES WITHOUT PAYMENT OF FEE |

IN THE UNITED STATES ☑ DISTRICT COURT ☐ COURT OF APPEALS ☐ OTHER (Specify below)
IN THE CASE OF USA v. Malone

FOR
AT

**LOCATION NUMBER**

**PERSON REPRESENTED** (Show your full name)
Travis Cole Malone, Jr

1. ☑ Defendant - Adult
2. ☐ Defendant - Juvenile
3. ☐ Appellant
4. ☐ Probation Violator
5. ☐ Supervised Release Violator
5. ☐ Habeas Petitioner
7. ☐ 2255 Petitioner
8. ☐ Material Witness
9. ☐ Other (Specify)

**DOCKET NUMBERS**
Magistrate Judge Shreder
District Court
Court of Appeals

**CHARGE/OFFENSE** (describe if applicable & check box →) ☑ Felony ☐ Misdemeanor
18 : 1030(b)
18 : 1030(a)(5)(A)

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**INCOME & ASSETS**

**EMPLOYMENT**
Are you now employed? ☐ Yes ☑ No ☐ Self-Employed
Name and address of employer: ____
IF YES, how much do you earn per month? $ ____
IF NO, give month and year of last employment? N/A
How much did you earn per month? $ N/A
If married, is your spouse employed? N/A ☐ Yes ☐ No
IF YES, how much does your spouse earn per month? $ ____
If you are a minor under age 21, what is the approximate monthly income of your parent(s) or guardian(s)? $ does not know

**OTHER INCOME**
Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No
RECEIVED SOURCES
IF YES, give the amount received and identify the sources $ ____

**CASH**
Do you have any cash on hand or money in savings or checking accounts? ☐ Yes ☑ No IF YES, total amount? $ ____

**PROPERTY**
Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☑ Yes ☐ No
VALUE DESCRIPTION
IF YES, give value and description for each $ AR-15 $500 AR-15

**OBLIGATIONS & DEBTS**

**DEPENDENTS**
MARITAL STATUS: ☒ Single ☐ Married ☐ Widowed ☐ Separated or Divorced
Total No. of Dependents: ____
List persons you actually support and your relationship to them

**DEBTS & MONTHLY BILLS**
(Rent, utilities, loans, charge accounts, etc.)

| DESCRIPTION | TOTAL DEBT | MONTHLY PAYMENT |
|---|---|---|
| phone bill | $ 0 | $ 60 |
| | $ | $ |
| | $ | $ |
| | $ | $ |

I certify under penalty of perjury that the foregoing is true and correct.

X _[signature]_ Travis Malone Jr
SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)

8/8/18
Date

USDC Oklahoma Eastern 6

AO 466A (Rev. 12/09) Waiver of Rule 5 & 5.1 Hearings (Complaint or Indictment)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma



FILED
AUG 0 8 2018
PATRICK KEANEY
Clerk, U.S. District Court
_____
Deputy Clerk

| | |
|---|---|
| United States of America | ) |
| v. | ) Case No. 18-MJ-93-SPS |
| TRAVIS COLE MALONE, JR., a/k/a stevenkings | ) |
| Defendant | ) Charging District's Case No. CR-18-311-BLF-NC |

## WAIVER OF RULE 5 & 5.1 HEARINGS
(Complaint or Indictment)

I understand that I have been charged in another district, the *(name of other court)* Northern District of California (San Jose Division).

I have been informed of the charges and of my rights to:

(1) retain counsel or request the assignment of counsel if I am unable to retain counsel;

(2) an identity hearing to determine whether I am the person named in the charges;

(3) production of the warrant, a certified copy of the warrant, or a reliable electronic copy of either;

(4) a preliminary hearing within 14 days of my first appearance if I am in custody and 21 days otherwise — unless I am indicted — to determine whether there is probable cause to believe that an offense has been committed;

(5) a hearing on any motion by the government for detention;

(6) request transfer of the proceedings to this district under Fed. R. Crim. P. 20, to plead guilty.

I agree to waive my right(s) to:

☐ an identity hearing and production of the warrant.

☐ a preliminary hearing.

☐ a detention hearing.

☐ an identity hearing, production of the warrant, and any preliminary or detention hearing to which I may be entitled in this district. I request that those hearings be held in the prosecuting district, at a time set by that court.

I consent to the issuance of an order requiring my appearance in the prosecuting district where the charges are pending against me.

Date: 8/8/2018

_Travis Malone Jr_
*Defendant's signature*

_Thomas M. Wright_
*Signature of defendant's attorney*

THOMAS M. WRIGHT
*Printed name of defendant's attorney*

AO 467 (Rev. 01/09) Order Requiring a Defendant to Appear in the District Where Charges are Pending and Transferring Bail

# UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF OKLAHOMA



FILED
AUG 0 8 2018
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | Case No. 18-MJ-93-SPS |
| | ) | |
| TRAVIS COLE MALONE, JR., a/k/a stevenkings | ) | Charging District: Northen District of California [San Jose Division] |
| *Defendant* | ) | Charging District's Case No. CR-18-311-BLF-NC |

## ORDER REQUIRING A DEFENDANT TO APPEAR IN THE DISTRICT WHERE CHARGES ARE PENDING AND TRANSFERRING BAIL

After a hearing in this court, the defendant is released from custody and ordered to appear in the district court where the charges are pending to answer those charges. If the time to appear in that court has not yet been set, the defendant must appear when notified to do so. Otherwise, the time and place to appear in that court are:

| Place: | Robert F. Peckham Federal Building & United States Courthouse, 280 South 1st Street San Jose, CA 95113 before U.S. Magistrate Judge Susan van Keulen | Courtroom No.: Courtroom 6 - 4th Floor |
|---|---|---|
| | | Date and Time: September 12, 2018 at 1:30 p.m. |

The clerk is ordered to transfer any bail deposited in the registry of this court to the clerk of the court where the charges are pending.

Date: 8/8/2018

*Judge's signature*

STEVEN P. SHREDER, U.S. Magistrate Judge
*Printed name and title*

USDC Oklahoma Eastern 8

AO 98 (Rev. 12/11) Appearance Bond

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

**FILED**
AUG 0 8 2018
PATRICK KEANEY
Clerk, U.S. District Court
By_____
Deputy Clerk



| United States of America | ) |
|---|---|
| v. | ) |
| | ) Case No. 18-MJ-93-SPS |
| TRAVIS COLE MALONE, JR., a/k/a stevenkings | ) |
| _Defendant_ | ) |

## APPEARANCE BOND

### Defendant's Agreement

I, _____Travis Cole Malone, Jr._____ *(defendant)*, agree to follow every order of this court, or any court that considers this case, and I further agree that this bond may be forfeited if I fail:

( X )  to appear for court proceedings;
( X )  if convicted, to surrender to serve a sentence that the court may impose; or
( X )  to comply with all conditions set forth in the Order Setting Conditions of Release.

### Type of Bond

(   ) (1) This is a personal recognizance bond.

( X ) (2) This is an unsecured bond of $ __10,000.00__ .

(   ) (3) This is a secured bond of $ _____ , secured by:

    (   ) (a) $ _____ , in cash deposited with the court.

    (   ) (b) the agreement of the defendant and each surety to forfeit the following cash or other property *(describe the cash or other property, including claims on it — such as a lien, mortgage, or loan — and attach proof of ownership and value):*

    _____

    If this bond is secured by real property, documents to protect the secured interest may be filed of record.

    (   ) (c) a bail bond with a solvent surety *(attach a copy of the bail bond, or describe it and identify the surety):*

    _____
    _____

### Forfeiture or Release of the Bond

*Forfeiture of the Bond.* This appearance bond may be forfeited if the defendant does not comply with the above agreement. The court may immediately order the amount of the bond surrendered to the United States, including the security for the bond, if the defendant does not comply with the agreement. At the request of the United States, the court may order a judgment of forfeiture against the defendant and each surety for the entire amount of the bond, including interest and costs.

AO 98 (Rev. 12/11) Appearance Bond

*Release of the Bond.* The court may order this appearance bond ended at any time. This bond will be satisfied and the security will be released when either: (1) the defendant is found not guilty on all charges, or (2) the defendant reports to serve a sentence.

## Declarations

*Ownership of the Property.* I, the defendant – and each surety – declare under penalty of perjury that:

(1) all owners of the property securing this appearance bond are included on the bond;
(2) the property is not subject to claims, except as described above; and
(3) I will not sell the property, allow further claims to be made against it, or do anything to reduce its value while this appearance bond is in effect.

*Acceptance.* I, the defendant – and each surety – have read this appearance bond and have either read all the conditions of release set by the court or had them explained to me. I agree to this Appearance Bond.

I, the defendant – and each surety – declare under penalty of perjury that this information is true. (See 28 U.S.C. § 1746.)

Date: 8/8/2018

_____
*Defendant's signature*

_____        _____
*Surety/property owner – printed name*              *Surety/property owner – signature and date*

_____        _____
*Surety/property owner – printed name*              *Surety/property owner – signature and date*

_____        _____
*Surety/property owner – printed name*              *Surety/property owner – signature and date*

PATRICK KEANEY, CLERK OF COURT

Date: 8/8/2018

_____
*Signature of Clerk or Deputy Clerk*

Approved.

Date: 8/8/2018

_____
*Judge's signature*

USDC Oklahoma Eastern 10

# UNITED STATES DISTRICT COURT
for the
Eastern District of Oklahoma

**FILED**

AUG 0 8 2018

PATRICK KEANEY
Clerk, U.S. District Court

By_____
Deputy Clerk

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No.   18-MJ-93-SPS |
| TRAVIS COLE MALONE, JR., a/k/a stevenkings | ) | |
| *Defendant* | ) | |

## ORDER SETTING CONDITIONS OF RELEASE

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release.

(2) The defendant must cooperate in the collection of a DNA sample if it is authorized by 42 U.S.C. § 14135a.

(3) The defendant must advise the court or the pretrial services office or supervising officer in writing before making any change of residence or telephone number.

(4) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose.

The defendant must appear at: _____
*Place*

on _____
*Date and Time*

If blank, defendant will be notified of next appearance.

(5) The defendant must sign an Appearance Bond, if ordered.

USDC Oklahoma Eastern 11

AO 199B (Rev. 12/11) Additional Conditions of Release

## ADDITIONAL CONDITIONS OF RELEASE

IT IS FURTHER ORDERED that the defendant's release is subject to the conditions marked below:

( ) (6) The defendant is placed in the custody of:
Person or organization _____
Address *(only if above is an organization)* _____
City and state _____ Tel. No. _____

who agrees to (a) supervise the defendant, (b) use every effort to assure the defendant's appearance at all court proceedings, and (c) notify the court

Signed:

*Custodian                                    Date*

( X ) (7) The defendant must:
- ( X ) (a) submit to supervision by and report for supervision to the USPO Kyle Shores
  telephone number 918-685-1074, no later than Immediately upon release.
- ( X ) (b) continue or actively seek employment.
- ( X ) (c) **TYPE OF BOND:** 10,000 Unsecured
- ( ) (d) surrender any passport to: _____
- ( X ) (e) not obtain a passport or other international travel document.
- ( X ) (f) abide by the following restrictions on personal association, residence, or travel: EDOK and NDCA
  unless given permission by the U.S. Probation Office.
- ( ) (g) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
- ( ) (h) get medical or psychiatric treatment: Continue with current treatment regimen and take medications as prescribed and as directed by Pretrial Services. Sign all appropriate release forms so Pretrial Services can monitor compliance.
- ( ) (i) return to custody each _____ at _____ o'clock after being released at _____ o'clock for employment, or the following purposes: _____
- ( ) (j) maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.
- ( X ) (k) not possess a firearm, destructive device, or other weapon.
- ( X ) (l) not use alcohol ( X ) at all ( ) excessively.
- ( X ) (m) not use or unlawfully possess a narcotic drug or other controlled substances defined in 21 U.S.C. § 802, unless prescribed by a medical practitioner.
- ( X ) (n) submit to testing for a prohibited substance if required by the pretrial services office or supervising officer. Testing may be used with random frequency and may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. The defendant must not obstruct, attempt to obstruct, or tamper with the efficiency and accuracy of prohibited substance screening or testing.
- ( ) (o) participate in a program of inpatient or outpatient substance abuse therapy and counseling if directed by the pretrial services office or supervising officer.
- ( ) (p) participate in one of the following location restriction programs and comply with its requirements as directed.
  - ( ) (i) **Curfew.** You are restricted to your residence every day ( ) from _____ to, or ( ) as _____ directed by the pretrial services office or supervising officer; or
  - ( ) (ii) **Home Detention.** You are restricted to your residence at all times except for employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; court-ordered obligations; or other activities approved in advance by the pretrial services office or supervising officer; or
  - ( ) (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for medical necessities and court appearances or other activities specifically approved by the court.
- ( ) (q) submit to radio frequency, cellular or global positioning system (GPS) location monitoring as directed by the pretrial services office or supervising officer and comply with all of the program requirements and instructions provided.
  - ( ) You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services office or supervising officer.
- ( X ) (r) report as soon as possible, to the pretrial services office or supervising officer, every contact with law enforcement personnel, including arrests, questioning, or traffic stops.
- ( X ) (s) While on pretrial release defendant shall report as directed and permit a pretrial services officer to visit defendant's home or elsewhere and permit confiscation of any contraband observed in plain view.
- ( ) (t) do not enter any establishment where gambling is the primary business and do not participant in any other gambling format. _____
- ( ) (u) _____
- ( X ) (v) The defendant shall not have any computer device, nor access to an internet-connected computer or other device with internet capabilities, nor have access to the internet from any location without prior approval by the probation office.

## ADVICE OF PENALTIES AND SANCTIONS

TO THE DEFENDANT:

YOU ARE ADVISED OF THE FOLLOWING PENALTIES AND SANCTIONS:

Violating any of the foregoing conditions of release may result in the immediate issuance of a warrant for your arrest, a revocation of your release, an order of detention, a forfeiture of any bond, and a prosecution for contempt of court and could result in imprisonment, a fine, or both.

While on release, if you commit a federal felony offense the punishment is an additional prison term of not more than ten years and for a federal misdemeanor offense the punishment is an additional prison term of not more than one year. This sentence will be consecutive (*i.e.*, in addition to) to any other sentence you receive.

It is a crime punishable by up to ten years in prison, and a $250,000 fine, or both, to: obstruct a criminal investigation; tamper with a witness, victim, or informant; retaliate or attempt to retaliate against a witness, victim, or informant; or intimidate or attempt to intimidate a witness, victim, juror, informant, or officer of the court. The penalties for tampering, retaliation, or intimidation are significantly more serious if they involve a killing or attempted killing.

If, after release, you knowingly fail to appear as the conditions of release require, or to surrender to serve a sentence, you may be prosecuted for failing to appear or surrender and additional punishment may be imposed. If you are convicted of:

(1) an offense punishable by death, life imprisonment, or imprisonment for a term of fifteen years or more – you will be fined not more than $250,000 or imprisoned for not more than 10 years, or both;
(2) an offense punishable by imprisonment for a term of five years or more, but less than fifteen years – you will be fined not more than $250,000 or imprisoned for not more than five years, or both;
(3) any other felony – you will be fined not more than $250,000 or imprisoned not more than two years, or both;
(4) a misdemeanor – you will be fined not more than $100,000 or imprisoned not more than one year, or both.

A term of imprisonment imposed for failure to appear or surrender will be consecutive to any other sentence you receive. In addition, a failure to appear or surrender may result in the forfeiture of any bond posted.

### Acknowledgment of the Defendant

I acknowledge that I am the defendant in this case and that I am aware of the conditions of release. I promise to obey all conditions of release, to appear as directed, and surrender to serve any sentence imposed. I am aware of the penalties and sanctions set forth above.

_____
*Defendant's Signature*

Muskogee, Oklahoma
*City and State*

### Directions to the United States Marshal

( X ) The defendant is ORDERED released after processing.
(   ) The United States marshal is ORDERED to keep the defendant in custody until notified by the clerk or judge that the defendant has posted bond and/or complied with all other conditions for release. If still in custody, the defendant must be produced before the appropriate judge at the time and place specified.

Date: _____8/8/2018_____   _____
*Judicial Officer's Signature*

STEVEN P. SHREDER, U.S. MAGISTRATE JUDGE
*Printed name and title*

DISTRIBUTION:     COURT     DEFENDANT     PRETRIAL SERVICE     U.S. ATTORNEY     U.S. MARSHAL

USDC Oklahoma Eastern 13