1  ALEX G. TSE (CABN 152348)
   United States Attorney
2
   BARBARA J. VALLIERE (DCBN 439353)
3  Chief, Criminal Division

4  MICHELLE J. KANE (CABN 210579)
   Assistant United States Attorney
5
       1301 Clay Street, Suite 340S
6      Oakland, California 94612
       Telephone: (510) 637-3680
7      FAX: (510) 637-3724
       michelle.kane3@usdoj.gov
8
   Attorneys for the United States
9

FILED

AUG 09 2018

SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE

10                 UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                       SAN JOSE DIVISION

13
   UNITED STATES OF AMERICA,           )  NO. CR 18-00311 BLF
14                                     )
            Plaintiff,                 )  APPLICATION AND [PROPOSED] ORDER FOR
15                                     )  UNSEALING OF INDICTMENT AND ARREST
       v.                              )  WARRANT
16                                     )
   TRAVIS COLE MALONE, JR.,            )
17   a/k/a "stevenkings,"              )
                                       )
18          Defendant.                 )
                                       )
19 _____

20      The United States respectfully moves this Court to unseal the Indictment and arrest warrant in

21 this matter. The defendant has been arrested on the warrant, therefore the grounds for filing the

22 documents under seal no longer exist.

23 DATED: Aug. 8, 2018                       Respectfully submitted,

24                                           ALEX G. TSE
                                             United States Attorney
25

26

27                                           _____
                                             MICHELLE J. KANE
28                                           Assistant United States Attorney

APPL. & [PROPOSED] ORDER
18-00311 BLF

## ORDER

On the motion of the United States, and good cause appearing therefor, the Court HEREBY ORDERS that the above-captioned Indictment and arrest warrant shall be unsealed and placed on the public docket.

DATED: August 9, 2018

HON. NATHANAEL COUSINS
United States Magistrate Judge

CC: AUSA Kane

APPL. & [PROPOSED] ORDER
18-00311 BLF

2