ALEX G. TSE (CABN 152348)
United States Attorney

BARBARA J. VALLIERE (DCBN 439353)
Chief, Criminal Division

MICHELLE J. KANE (CABN 210579)
Assistant United States Attorney

    1301 Clay Street, Suite 340S
    Oakland, California 94612
    Telephone: (510) 637-3680
    FAX: (510) 637-3724
    michelle.kane3@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR 18-00311 BLF |
| Plaintiff, | ) ) ) | STIPULATION AND [PROPOSED] ORDER RE |
| v. | ) ) | SCHEDULING OF INITIAL APPEARANCES |
| TRAVIS COLE MALONE, JR., | ) ) | Date: September 12, 2018 |
| Defendant. | ) ) ) | Time: 1:30 p.m. Courtroom No. 6 |

    Defendant Travis Cole Malone, Jr., by and through his retained counsel, and the United States Attorney's Office for the Northern District of California, by and through Assistant United States Attorney Michelle J. Kane, hereby stipulate and agree to the following:

    1.    On August 8, 2018, defendant appeared in the Eastern District of Oklahoma following his arrest pursuant to the warrant issued in this case.

    2.    At that appearance, U.S. Magistrate Judge Steven P. Shreder ordered defendant released pending trial pursuant to a $10,000 unsecured bond with conditions of release. Judge Shreder also directed defendant to report to this Court on September 12, 2018, at 1:30 p.m. for an initial appearance in the Northern District of California.

STIP. AND [PROPOSED] ORDER RE
SCHEDULING INITIAL APPEARANCES
CR 18-00311 BLF

3. Because defendant will be traveling from Oklahoma, the parties would like to schedule his initial appearance before District Judge Beth Labson Freeman for the same week.

4. The parties therefore request that the Court order defendant's initial appearance, currently scheduled for September 12, 2018, at 1:30 p.m., moved to September 10, 2018, at 1:30 p.m. The parties further request that the Court set defendant's initial appearance before Judge Freeman for September 11, 2018, at 9:00 a.m.

5. Because defendant has not yet appeared in this district, there are no Speedy Trial Act considerations.

DATED: August 31, 2018                    Respectfully submitted,

ALEX G. TSE
United States Attorney

_/s/_____
MICHELLE J. KANE
Assistant United States Attorney

_/s/_____
MARK H. JAFFE
Counsel for Defendant Travis Malone

**ORDER**

Accordingly, based on the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the initial appearance in *United States v. Malone*, currently scheduled for September 12, 2018, be moved to September 10, 2018, at 1:30 p.m. The Court also ORDERS that the defendant will appear before U.S. District Judge Beth Labson Freeman on September 11, 2018, at 9:00 a.m.

IT IS SO ORDERED.

Dated: _____

_____
HON. SUSAN VAN KEULEN
United States Magistrate Judge

STIP. AND [PROPOSED] ORDER RE
SCHEDULING INITIAL APPEARANCES
CR 18-00311 BLF                           2