MARK H. JAFFE (CABN 315950)
TORMARK LAW LLP
2120 University Avenue, # 228
Berkeley, CA 94704

TOR BERNHARD EKELAND (NYBN 449631)
TOR EKELAND LAW, PLLC
195 Montague Street, 14th Floor
Brooklyn, NY 11201

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

| | |
|---|---|
| UNITED STATES OF AMERICA, : | |
| : | No. CR 18-00311 BLF SVK |
| Plaintiff, : | |
| : | STIPULATION AND |
| v. : | [PROPOSED] ORDER |
| : | REGARDING CONDITIONS |
| TRAVIS COLE MALONE, JR. : | OF RELEASE |
| : | |
| Defendant. : | |
| : | |
| : | |

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

Defendant Travis Cole Malone, Jr. by and through his retained counsel, and the United States' Attorney's Office for the Northern District of California, by and through Assistant United States Attorney Robert S. Leach, hereby stipulate and agree to the following:

1. On September 12, 2018, defendant appeared in the Northern District of California. Under the Conditions of Release and Appearance signed that day by defendant and Magistrate Judge Susan van Keulen, defendant shall not travel outside the Northern District of California and the Eastern District of Oklahoma.

2. In order to travel to and from his home in Oklahoma to the Northern District of California, defendant must fly in and out of the airport in Oklahoma City, Oklahoma, which is part of the Western District of Oklahoma.

3. The parties therefore request that the Conditions of Release and Appearance be amended such that defendant is permitted to travel within the Western District of Oklahoma.

DATED: September 14, 2018                                Respectfully submitted,


_____/s/_____
ROBERT S. LEACH
Assistant United States Attorney


_____/s/_____
MARK H. JAFFE
Counsel for Defendant Travis Malone

## ORDER

Accordingly, based on the stipulation of the parties, and for good cause shown, the Court HEREBY ORDERS that the Conditions and Release and Appearance are modified such that defendant shall not travel outside the Northern District of California, the Eastern District of Oklahoma, and the Western District of Oklahoma.

IT IS SO ORDERED.

Dated: 10/10/2018

_____
HON. SUSAN VAN KEULEN
United States Magistrate Judge