1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney

2  HALLIE HOFFMAN (CABN 210020)
3  Chief, Criminal Division

4  ROBERT S. LEACH (CABN 196191)
   Assistant United States Attorney
5
      1301 Clay Street, Suite 340S
6     Oakland, California 94612
      Telephone: (510) 637-3918
7     Fax: (510) 637-3724
      Email: Robert.Leach@usdoj.gov
8

9  Attorneys for United States of America

10                UNITED STATES DISTRICT COURT

11                NORTHERN DISTRICT OF CALIFORNIA

12                        SAN JOSE DIVISION

13 | UNITED STATES OF AMERICA,           )  Case No. CR 18-311 BLF
                                         )
14 |     Plaintiff,                      )  STIPULATION AND [PROPOSED] ORDER
                                         )  DISMISSING COUNTS ONE AND TWO OF
15 | v.                                  )  THE INDICTMENT
                                         )
16 | TRAVIS COLE MALONE, JR.,            )  Sentencing Date: April 16, 2019, 9:00 a.m.
                                         )
17 |     Defendant.                      )
                                         )
18 |_____)

19      The parties, through their respective counsel, stipulate and agree that Counts One and Two of

20 the July 12, 2018 Indictment be dismissed and respectfully request the Court to enter the proposed

21 order.

22      IT IS SO STIPULATED.

23 Dated: April 17, 2019                          Respectfully Submitted,

24                                                DAVID L. ANDERSON
                                                  United States Attorney
25
                                                         /s/
26                                                _____
                                                  ROBERT S. LEACH
27                                                Assistant United States Attorney

28

STIPULATION & [PROPOSED] ORDER
CASE NO. CR 18-331 BLF                    1

| | |
|---|---|
| Dated: April 17, 2019 | Respectfully Submitted, |
| | TORMARK LAW, LLP |

/s/
_____
MARK JAFFE, ESQ.
Attorney for Defendant Travis
Cole Malone, Jr.

### [PROPOSED] ORDER

Having considered the stipulation of the parties and good cause appearing, it is HEREBY ORDERED that Counts One and Two of the July 12, 2018 Indictment are dismissed.

IT IS SO ORDERED.

Dated: <u>April 19, 2019</u>

_____
THE HONORABLE BETH LABSON FREEMAN
UNITED STATES DISTRICT JUDGE